```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 06 B 05899
    CHRISTIAN C BUEHLER
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-2283


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/23/2006 and was confirmed 07/13/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  31.00%.

     The case was paid in full 12/17/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------
WASHINGTON MUTUAL          CURRENT MORTG        .00           .00           .00
COLE TAYLOR BANK           CURRENT MORTG        .00           .00           .00
CHASE MANHATTAN BANK       UNSECURED        7102.70           .00       2201.84
CHASE MANHATTAN BANK       UNSECURED       23948.54           .00       7424.05
ECAST SETTLEMENT CORP      UNSECURED       21236.59           .00       6583.34
CHASE MANHATTAN BANK       UNSECURED       18139.33           .00       5623.19
DISCOVER FINANCIAL SERVI   UNSECURED       10488.95           .00       3251.57
FIRST NATL BANK OMAHA      UNSECURED       17722.34           .00       5493.93
CAPITAL ONE                UNSECURED        4412.61           .00       1367.91
BANK OF AMERICA NA         UNSECURED       13190.55           .00       4089.07
BRUCE M KATZ               ATTORNEY         1223.00           .00       1223.00
CAPITAL ONE                UNSECURED            .00           .00           .00
ARNOLD KAPLAN              DEBTOR ATTY         .00                          .00
TOM VAUGHN                 TRUSTEE                                      2,399.68
DEBTOR REFUND              REFUND                                         704.60

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              40,362.18

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                   36,034.90
ADMINISTRATIVE                               1,223.00
TRUSTEE COMPENSATION                         2,399.68
DEBTOR REFUND                                  704.60
                     ---------------        ---------------
TOTALS               40,362.18              40,362.18


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 05899 CHRISTIAN C BUEHLER
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

                    PAGE   2
    CASE NO. 06 B 05899 CHRISTIAN C BUEHLER